**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| * * * * * * * * * * * * * * * * * * | * | * * * * * * * * * * * * * * * * * * * * |
|---|---|---|
| **KALA CHENIER** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NUMBER: 16-4125 SECTION: G(3)** |
| **SOUTHEASTERN LOUISIANA UNIVERSITY; ET AL** | * | **JUDGE NANNETTE J. BROWN** |
| | * | **MAGISTRATE JUDGE KNOWLES** |
| * * * * * * * * * * * * * * * * * * | | * * * * * * * * * * * * * * * * * * * * |

**ANSWER**

**NOW INTO COURT**, through the Louisiana Attorney General, comes the Board of Supervisors for the University of Louisiana System (incorrectly named and sued as "University of Louisiana System Management Board" and "Southeastern Louisiana University"), who responds to plaintiff's complaint as follows:

I.

In response to paragraph 1 of plaintiff's complaint, defendant recognizes and acknowledges the federal question jurisdiction of this honorable court. Any allegations contained in paragraph 1 of plaintiff's complaints are denied.

II.

In response to paragraph 2 of plaintiff's complaint, defendant recognizes and acknowledges that venue is proper in the Eastern District of Louisiana.

III.

The allegation contained in paragraph 3 of plaintiff's complaint is denied for lack of sufficient information to justify a belief therein.

IV.

Defendant admits that plaintiff was a former student at Southeastern Louisiana University.

V.

The allegation in paragraph 5 of plaintiff's complaint is denied.

VI.

Defendant, the Board of Supervisors for the University of Louisiana System (incorrectly named and sued as "University of Louisiana System Management Board") admits its status as a defendant in this suit.

VII.

The allegations contained in paragraph 7 of plaintiff's complaint do not require a response by defendant.

VIII.

The allegations contained in paragraph 8 of plaintiff's complaint do not require a response by defendant.

IX.

The allegations contained in paragraph 9 of plaintiff's complaint do not require a response by defendant.

X.

The allegations contained in paragraph 10 of plaintiff's complaint are denied for a lack of sufficient information to justify a belief therein.

XI.

The allegation contained in paragraph 11 of plaintiff's complaint is denied for a lack of sufficient information to justify a belief therein.

XII.

The allegation contained in paragraph 12 of plaintiff's complaint is denied for a lack of sufficient information to justify a belief therein.

XIII.

The allegations contained in paragraph 13 of plaintiff's complaint are denied for a lack of sufficient information to justify a belief therein.

XIV.

The allegations contained in paragraph 14 of plaintiff's complaint are denied for a lack of sufficient information to justify a belief therein.

XV.

The allegations contained in paragraph 15 of plaintiff's complaint are denied for a lack of sufficient information to justify a belief therein.

XVI.

The allegations contained in paragraph 16 of plaintiff's complaint are denied for a lack of sufficient information to justify a belief therein.

XVII.

The allegations contained in paragraph 17 of plaintiff's complaint are denied for a lack of sufficient information to justify a belief therein.

XVIII.

The allegation contained in paragraph 18 of plaintiff's complaint is admitted.

XIX.

The allegation contained in paragraph 19 of plaintiff's complaint is denied for a lack of sufficient information to justify a belief therein.

XX.

The allegations contained in paragraph 20 of plaintiff's complaint are denied for a lack of sufficient information to justify a belief therein.

XXI.

The allegations contained in paragraph 21 of plaintiff's complaint are denied for a lack of sufficient information to justify a belief therein.

XXII.

The allegations contained in paragraph 22 of plaintiff's complaint are denied for a lack of sufficient information to justify a belief therein.

XXIII.

The allegation contained in paragraph 23 of plaintiff's complaint is denied for a lack of sufficient information to justify a belief therein.

XXIV.

The allegations contained in paragraph 24 of plaintiff's complaint are denied for a lack of sufficient information to justify a belief therein.

XXV.

The allegations contained in paragraph 25 of plaintiff's complaint are denied for a lack of sufficient information to justify a belief therein.

XXVI.

The allegations contained in paragraph 26 of plaintiff's complaint are denied for a lack of sufficient information to justify a belief therein.

XXVII.

The allegations contained in paragraph 27 of plaintiff's complaint are denied for a lack of sufficient information to justify a belief therein.

XXVIII.

The allegations contained in paragraph 28 of plaintiff's complaint are denied for a lack of sufficient information to justify a belief therein.

XXIX.

The allegations contained in paragraph 29 of plaintiff's complaint are denied for a lack of sufficient information to justify a belief therein.

XXX.

The allegations contained in paragraph 30 of plaintiff's complaint are denied for a lack of sufficient information to justify a belief therein.

XXXI.

The allegations contained in paragraph 31 of plaintiff's complaint are denied for a lack of sufficient information to justify a belief therein.

XXXII.

The allegations contained in paragraph 32 of plaintiff's complaint are denied for a lack of sufficient information to justify a belief therein.

XXXIII.

The allegations contained in paragraph 33 of plaintiff's complaint are denied for a lack of sufficient information to justify a belief therein.

XXXIV.

The allegation contained in paragraph 34 of plaintiff's complaint is admitted.

XXXV.

Any allegations implied, referenced, or contained in paragraph 35 of plaintiff's complaint are denied for a lack of sufficient information to justify a belief therein.

XXXVI.

The allegations contained in paragraph 36 of plaintiff's complaint are denied.

XXXVII.

The allegations contained in paragraph 37 of plaintiff's complaint are denied.

XXXVIII.

The allegations contained in paragraph 38 of plaintiff's complaint are denied.

XXXIX.

The allegations contained in paragraph 39 of plaintiff's complaint are denied.

XL.

Any allegations implied, referenced, or contained in paragraph 40 of plaintiff's complaint are denied for a lack of sufficient information to justify a belief therein.

XLI.

The allegations contained in paragraph 41 of plaintiff's complaint are denied.

XLII.

The allegations contained in paragraph 42 of plaintiff's complaint are denied.

XLIII.

The allegations contained in paragraph 43 of plaintiff's complaint are denied.

XLIV.

The allegations contained in paragraph 44 of plaintiff's complaint are denied.

XLV.

The allegations contained in paragraph 45 of plaintiff's complaint are denied.

XLVI.

The allegations contained in paragraph 46 of plaintiff's complaint are denied for a lack of sufficient information to justify a belief therein.

XLVII.

Any other allegations contained in plaintiff's complaint are denied for a lack of sufficient information to justify a belief therein.

**AND NOW, FURTHER ANSWERING** plaintiff's complaint defendant asserts the following defenses:

A.

Plaintiff failed to timely initiate this suit and/or exhaust administrative remedies.

B.

Plaintiff failed to adequately state a cause of action for which relief may be granted.

C.

Defendant should not incur any liability due to the doctrine of immunity. This includes, but not limited to, sovereign immunity, qualified immunity, and discretionary immunity.

D.

All or some of plaintiff's claims are barred or limited by her failure to reasonably act under the circumstances.

E.

Defendant asserts the affirmative defense of plaintiff's comparative fault and/or the fault of third parties.

F.

Defendant denies that he is liable to plaintiff and/or that she is entitled to recover damages herein, but alternatively alleges that plaintiff has failed to mitigate her damages. Additionally, defendant is entitled to a set-off and/or credit for any sums which could have been gained by plaintiff in accordance with her duty to mitigate her damages.

G.

Defendant acted at all times in good faith, without improper motive, and in accordance with reasonable practices when dealing with plaintiff.

H.

Defendant asserts the defenses provided by Louisiana Revised Statute 9:2798.1, which statute is incorporated and made part of this answer by reference.

I.

Further, Defendant asserts the defense of the limit on damages provided in La R.S. 13:5106, and the limit on legal interest provided in La. R.S. 13:5112, both of which statutes are incorporated and made part of this answer by reference.

J.

Alternatively, to the extent plaintiff has sustained damages, any such damages were incurred by the acts, omissions, or fault of plaintiff or others for which defendant is not responsible.

K.

Defendant asserts that all or part of plaintiff's claims are prescribed or otherwise barred by time limitations.

L.

Plaintiff's claims are barred or limited for a failure to provide required notice or other required prerequisites.

**WHEREFORE**, defendant, the Board of Supervisors for the University of Louisiana System, prays that this answer be deemed good and sufficient, and that after due proceedings are had, plaintiff's demands are dismissed with prejudice at her cost. Further, defendant prays for full and final judgment in its favor awarding it attorney's fees and all other relief as this honorable court may deem just and appropriate.

Respectfully submitted,

**JEFF LANDRY**
**ATTORNEY GENERAL**

**BY** **__/s/ Lance Guest_________________**
**LANCE S. GUEST (La. Bar No. 25403)**
**Assistant Attorney General**
Louisiana Department of Justice
Litigation Division
400 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone No.: (504) 599-1200
Facsimile No.: (504) 599-1212
E-Mail: guestl@ag.state.la.us

**CERTIFICATE OF SERVICE**

I hereby certify a copy of the above and foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel by operation of the court's electronic filing system.

Done in New Orleans, Louisiana on this the 15th day of August, 2016.

**_________/s/ Lance Guest__________**
**LANCE S. GUEST**